IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES BELLANCA and MICHAEL FINK, Ohio citizens, individually and as the representatives of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No.: 1:23-cv-02023<br>)<br>) Class Action |
| v. | )<br>) Honorable Dan Aaron Polster |
| THE LIFETIME VALUE CO. LLC, a Delaware limited liability company, | )<br>) Magistrate Judge James E. Grimes, Jr.<br>) |
| Defendant. | ) |

**Approved. It is SO ORDERED.** *s/Dan Aaron Polster* **United States District Judge March 28, 2024**

## PLAINTIFFS' AGREED NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs, JAMES BELLANCA and MICHAEL FINK., through their undersigned attorneys, hereby dismiss this action with prejudice as to Plaintiffs' individual claims, without prejudice as to class allegations, each side to bear its own costs.

Respectfully submitted,

/s/ Ryan M. Kelly
Ryan M. Kelly –Bar No. 90110
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Tele:  847-368-1500
Email: rkelly@andersonwanca.com